

IN THE
TENTH COURT OF APPEALS

No. 10-12-00139-CV

IN RE R. WAYNE JOHNSON

Original Proceeding

MEMORANDUM  OPINION

The petition for writ of mandamus is denied.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed May 16, 2012
[OT06]

---

[1] The petition lacks an appendix and a certified or sworn record, as required by Rules 52.3(k) and 52.7(a)(1).  *See* TEX. R. APP. P. 52.3(k), 52.7(a)(1).  It also lacks proof of service on the real parties in interest. *See id.* 9.5, 52.2.  To expedite our disposition of this proceeding, we implement Rule 2 and suspend these rules in this proceeding only.  *Id.* 2.